OPINION — AG — QUESTION: "THE TAX COMMISSION APPOINTED A MEMBER OF AN EXCISE BOARD, WHICH APPOINTMENT DOES NOT EXPIRE UNTIL JANUARY 1969. THE APPOINTEE HAS BEEN DECLARED MENTALLY ILL AND HAS BEEN SENT TO A VETERANS' HOSPITAL IN ANOTHER STATE * * * * CAN THE TAX COMMISSION DECLARE A VACANCY IN THIS OFFICE?" — NEGATIVE CITE: ARTICLE II, SECTION 11, ARTICLE II, SECTION 18 (W. J. MONROE)